## `UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

METROPOLITAN TRANSPORTATION
AUTHORITY & TRIBOROUGH BRIDGE
AND TUNNEL AUTHORITY,

        Plaintiffs,

NEW YORK STATE DEPARTMENT OF
TRANSPORTATION, RIDERS ALLIANCE,
SIERRA CLUB, & NEW YORK
DEPARTMENT OF TRANSPORTATION

        Intervenor-Plaintiffs,

        v.

SEAN DUFFY, et al.

        Defendants.

**Case No. 25-cv-01413-LJL**

## NOTICE OF APPEAL

All Defendants hereby appeal to the United States Court of Appeals for the Second

Circuit from this Court's Final Judgment entered on March 5, 2026 (ECF 196) and all orders and

opinions merged into the judgment, including but not limited to the opinion and order entered on

March 3, 2026 (ECF 195).

1

Dated: May 1, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHARLES E.T. ROBERTS
Counsel to the Assistant Attorney General
Civil Division

STEPHEN M. ELLIOTT
Assistant Branch Director
Federal Programs Branch

*/s/ Samuel S. Holt*
Michael Bruns
Samuel S. Holt
Trial Attorneys
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: 202-674-8761
Email: samuel.holt2@usdoj.gov

CLOSED,APPEAL,ECF,RELATED

**U.S. District Court**
**Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:25–cv–01413–LJL**

| | |
|---|---|
| Metropolitan Transportation Authority et al v. Duffy et al | Date Filed: 02/19/2025 |
| Assigned to: Judge Lewis J. Liman | Date Terminated: 03/05/2026 |
| Related Case: 1:23–cv–10365–LJL | Jury Demand: None |
| Cause: 05:702 Administrative Procedure Act | Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Metropolitan Transportation Authority**     represented by     **Amy Cassidy**
Sive, Paget & Riesel
560 Lexington Avenue
Ste Floor 15
New York, NY 10022
845–820–6338
Email: acassidy@sprlaw.com
*ATTORNEY TO BE NOTICED*

**Dennis Brandon Trice**
Kaplan Martin LLP
1133 Avenue of the Americas
Suite 1500
New York, NY 10036
212–316–9500
Email: btrice@kaplanmartin.com
*ATTORNEY TO BE NOTICED*

**Elizabeth Read Knauer**
Sive, Paget & Riesel, P.C. (NYC)
560 Lexington Ave., 15th Floor
New York, NY 10022
(212)–421–2150
Fax: (212)–421–1891
Email: eknauer@sprlaw.com
*ATTORNEY TO BE NOTICED*

**John F. Nelson**
Sive, Paget & Riesel P.C.
560 Lexington Ave
New York, NY 10022
212–421–2150
Email: jnelson@sprlaw.com
*ATTORNEY TO BE NOTICED*

**Mark A. Chertok**
Sive, Paget & Riesel, P.C. (NYC)
560 Lexington Ave., 15th Floor
New York, NY 10022
(212) 421–2150
Email: mchertok@sprlaw.com
*ATTORNEY TO BE NOTICED*

**Maximilian Crema**
Kaplan Martin LLP
1133 Avenue of the Americas
Suite 1500
New York, NY 10036
212–316–9500

Email: mcrema@kaplanmartin.com
*ATTORNEY TO BE NOTICED*

**Phillip Dane Warren**
Sive, Paget & Riesel
560 Lexington Ave
New York
New York, NY 10022
646–378–7236
Email: dwarren@sprlaw.com
*ATTORNEY TO BE NOTICED*

**Roberta Ann Kaplan**
Kaplan Martin LLP
1133 Avenue of the Americas
Suite 1500
10036
New York, NY 10119
212–316–9500
Email: rkaplan@kaplanmartin.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Triborough Bridge and Tunnel Authority**   represented by   **Amy Cassidy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dennis Brandon Trice**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Read Knauer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John F. Nelson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark A. Chertok**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maximilian Crema**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Phillip Dane Warren**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roberta Ann Kaplan**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sean Duffy**
*in his official capacity as Secretary of the United States Department of Transportation*   represented by   **Christine Schessler Poscablo**
U.S. Attorney Office SDNY
86 Chambers Street
New York, NY 10007
(212)–637–2674

Fax: (212)–637–0033
Email: christine.poscablo@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dominika Natalia Tarczynska**
United States Attorney's Office
Southern District Of New York
86 Chambers Street, Third Floor
New York, NY 10007
(212) 637–2748
Fax: (212) 637–2686
Email: dominika.tarczynska@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Benjamin Bruns**
DOJ–Civ
1100 L St NW
Washington, DC 20012
202–514–4011
Email: michael.bruns@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
U.S. Department of Justice
Civoaag
950 Pennsylvania Ave. NW
Washington, DC 20530–0001
202–305–1141
Email: charles.roberts2@usdoj.gov
*ATTORNEY TO BE NOTICED*

**David E. Farber**
Aurelian Law PLLC
175 Sully's Trail
Suite 200
Pittsford, NY 14534
585–542–1200
Email: david.farber@aurelianlaw.com
*TERMINATED: 01/27/2026*
*ATTORNEY TO BE NOTICED*

**Samuel Holt**
DOJ–Civ
1100 L Street NW
Washington, DC 20005
202–674–9761
Email: samuel.holt2@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gloria M. Shepherd**
*in her official capacity as Executive*
*Director of the Federal Highway*
*Administration*

represented by **Christine Schessler Poscablo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dominika Natalia Tarczynska**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Benjamin Bruns**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David E. Farber**
(See above for address)
*TERMINATED: 01/27/2026*
*ATTORNEY TO BE NOTICED*

**Samuel Holt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States Department of Transportation**          represented by **Christine Schessler Poscablo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dominika Natalia Tarczynska**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Benjamin Bruns**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David E. Farber**
(See above for address)
*TERMINATED: 01/27/2026*
*ATTORNEY TO BE NOTICED*

**Samuel Holt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Federal Highway Administration**          represented by **Christine Schessler Poscablo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dominika Natalia Tarczynska**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Benjamin Bruns**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)

*ATTORNEY TO BE NOTICED*

**David E. Farber**
(See above for address)
*TERMINATED: 01/27/2026*
*ATTORNEY TO BE NOTICED*

**Samuel Holt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Riders Alliance**                          represented by    **Dror Ladin**
Earthjustice
48 Wall Street
Ste 15
New York, NY 10005
917–410–8701
Email: dladin@earthjustice.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Sierra Club**                              represented by    **Dror Ladin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**New York State Department of**             represented by    **Andrew Gerard Frank**
**Transportation**                                            New York State Office of the Attorney
General (28 Liberty)
28 Liberty Street, 15th Floor
New York, NY 10005
(212)–416–8271
Fax: (212)–416–6007
Email: andrew.frank@ag.ny.gov
*TERMINATED: 06/17/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mihir Ashok Desai**
NYS Office of The Attorney General
28 Liberty Street
Ste 19th Floor
New York, NY 10005
212–416–8478
Email: mihir.desai@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monica Blong Wagner**
Office of the NY Attorney General
Environmental Protection Bureau
28 Liberty St.
Ste 19th Floor
New York, NY 10005
212–416–6351
Email: monica.wagner@ag.ny.gov
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**New York City Department of Transportation**  represented by  **Nathan Michael Potter Taylor**
New York City Law Department
100 Church St.
Ste 6–144
New York, NY 10007
212–356–2315
Fax: 212–356–1148
Email: ntaylor@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christian Chase Harned**
Herbert Smith Freehills Kramer
Land Use Group
1177 Avenue of the Americas
New York, NY 10036
212–715–9556
Email: chharned@law.nyc.gov
*TERMINATED: 02/03/2026*

**Amicus**

**NYC School Bus Umbrella Services, Inc.**  represented by  **Harry Sandick**
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
212–336–2723
Fax: 212–336–2000
Email: hsandick@pbwt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Environmental Defense Fund**  represented by  **Andrew Otis**
Herbert Smith Freehills Kramer (US) LLP
1177 Avenue of the Americas
New York, NY 10036
212–715–9218
Email: Andrew.Otis@hsfkramer.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Natural Resources Defense Council**  represented by  **Andrew Otis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**CIVITAS**  represented by  **Andrew Otis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**New York League of Conservation Voters**  represented by  **Andrew Otis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Bike New York**  represented by  **Andrew Otis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Reinvent Albany**                           represented by   **Andrew Otis**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

Amicus

**MoveNY**                                    represented by   **Andrew Otis**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

Amicus

**Partnership For New York City**             represented by   **Andrew Otis**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

Amicus

**Tri–State Transportation Campaign**         represented by   **Andrew Otis**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

Amicus

**Open Plans**                                represented by   **Andrew Otis**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

Amicus

**EmpowerNJ**                                 represented by   **Andrew Otis**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **John Harold Reichman**
                                                              Johnreichmanlaw LLC
                                                              56 Oakwood Ave.
                                                              Montclair, NJ 07043
                                                              917–626–8025
                                                              Email: john@johnreichmanlaw.com
                                                              *ATTORNEY TO BE NOTICED*

Amicus

**BlueWaveNJ**                                represented by   **Andrew Otis**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

Amicus

**Clean Water Action**                        represented by   **Andrew Otis**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

Amicus

**Bike Hoboken**                              represented by   **Andrew Otis**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

Amicus

**Our Revolution NJ**                         represented by   **Andrew Otis**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

Amicus

**Bike North Bergen**                         represented by

                                                    **Andrew Otis**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Amicus**

**Turnpike Trap Coalition**                represented by  **Andrew Otis**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Amicus**

**Evergreen**                              represented by  **Andrew Otis**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Amicus**

**Hudson County Complete Streets**         represented by  **Andrew Otis**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Amicus**

**WE ACT for Environmental Justice**       represented by  **Andrew Otis**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Amicus**

**StreetsPAC**                             represented by  **Andrew Otis**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Amicus**

**Transportation Alternatives**            represented by  **Andrew Otis**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Amicus**

**New York Public Interest Research
Group Fund**                               represented by  **Andrew Otis**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Amicus**

**Michael B. Gerrard**                     represented by  **Andrew Otis**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Amicus**

**Sam Schwartz**                           represented by  **Andrew Otis**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Amicus**

**Mobilization for Justice**               represented by  **Michael Noah Litrownik**
                                                    Office of the New York State Attorney
                                                    General
                                                    28 Liberty Street
                                                    New York, NY 10005
                                                    212–416–6029
                                                    Email: mlitrownik@mfjlegal.org
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Amicus**

**New York Lawyers for the Public Interest**    represented by **Michael Noah Litrownik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**504 Democratic Club**    represented by **Michael Noah Litrownik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Center for Independence of the Disabled New York**    represented by **Michael Noah Litrownik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Elevator Action Group**    represented by **Michael Noah Litrownik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Harlem Independent Living Center**    represented by **Michael Noah Litrownik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Amicus Regional Plan Association, Inc.**    represented by **Brian Farkas**
ArentFox Schiff LLP
1301 Avenue of the Americas
42nd Floor
New York, NY 10019
917–573–0089
Email: brian.farkas@afslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/19/2025 | 1 | COMPLAINT against Sean Duffy, Federal Highway Administration, Gloria Shepherd, United States Department of Transportation. (Filing Fee $ 405.00, Receipt Number ANYSDC–30641885)Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority. (Attachments: # 1 Exhibit A – VPPP Agreement).(Kaplan, Roberta) (Entered: 02/19/2025) |
| 02/19/2025 | 2 | CIVIL COVER SHEET filed..(Kaplan, Roberta) (Entered: 02/19/2025) |
| 02/19/2025 | 3 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 23–cv–10365; 24–cv–1644; 24–cv–04111; 24–cv–00367. Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 02/19/2025) |
| 02/19/2025 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to Sean Duffy, in his official capacity as Secretary of the United States Department of Transportation, re: 1 Complaint,. Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 02/19/2025) |
| 02/19/2025 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to Gloria M. Shepherd, in her official capacity as the Executive Director of the Federal Highway Administration, re: 1 Complaint,. Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 02/19/2025) |

| 02/19/2025 | 6 | REQUEST FOR ISSUANCE OF SUMMONS as to United States Department of Transportation, re: 1 Complaint,. Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 02/19/2025) |
|---|---|---|
| 02/19/2025 | 7 | REQUEST FOR ISSUANCE OF SUMMONS as to Federal Highway Administration, re: 1 Complaint,. Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 02/19/2025) |
| 02/19/2025 | 8 | NOTICE OF APPEARANCE by Roberta Ann Kaplan on behalf of Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 02/19/2025) |
| 02/19/2025 | 9 | NOTICE OF APPEARANCE by Dennis Brandon Trice on behalf of Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Trice, Dennis) (Entered: 02/19/2025) |
| 02/19/2025 | 10 | NOTICE OF APPEARANCE by Maximilian Crema on behalf of Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Crema, Maximilian) (Entered: 02/19/2025) |
| 02/20/2025 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Unassigned. .(jgo) (Entered: 02/20/2025) |
| 02/20/2025 | | Case Designated ECF. (jgo) (Entered: 02/20/2025) |
| 02/20/2025 | | CASE REFERRED TO Judge Lewis J. Liman as possibly related to 23−cv−10365. (jgo) (Entered: 02/20/2025) |
| 02/20/2025 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Roberta Ann Kaplan. The party information for the following party/parties has been modified: Gloria Shepherd. The information for the party/parties has been modified for the following reason/reasons: party name contained a typographical error;. (jgo) (Entered: 02/20/2025) |
| 02/20/2025 | 11 | ELECTRONIC SUMMONS ISSUED as to Federal Highway Administration..(jgo) (Entered: 02/20/2025) |
| 02/20/2025 | 12 | ELECTRONIC SUMMONS ISSUED as to Gloria M. Shepherd..(jgo) (Entered: 02/20/2025) |
| 02/20/2025 | 13 | ELECTRONIC SUMMONS ISSUED as to Sean Duffy..(jgo) (Entered: 02/20/2025) |
| 02/20/2025 | 14 | ELECTRONIC SUMMONS ISSUED as to United States Department of Transportation..(jgo) (Entered: 02/20/2025) |
| 02/20/2025 | | CASE ACCEPTED AS RELATED. Create association to 1:23−cv−10365−LJL. Notice of Assignment to follow. (laq) (Entered: 02/20/2025) |
| 02/20/2025 | | NOTICE OF CASE REASSIGNMENT to Judge Lewis J. Liman. Judge Unassigned is no longer assigned to the case. (laq) (Entered: 02/20/2025) |
| 02/20/2025 | | Magistrate Judge Barbara C. Moses is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (laq) (Entered: 02/20/2025) |
| 02/20/2025 | 15 | NOTICE OF APPEARANCE by John F. Nelson on behalf of Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Nelson, John) (Entered: 02/20/2025) |
| 02/20/2025 | 16 | NOTICE OF APPEARANCE by Mark A. Chertok on behalf of Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Chertok, Mark) (Entered: 02/20/2025) |
| 02/20/2025 | 17 | NOTICE OF APPEARANCE by Amy Lynn Cassidy on behalf of Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Cassidy, Amy) (Entered: 02/20/2025) |

| 02/20/2025 | 18 | NOTICE OF APPEARANCE by Elizabeth Read Knauer on behalf of Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Knauer, Elizabeth) (Entered: 02/20/2025) |
|---|---|---|
| 02/24/2025 | 19 | NOTICE OF APPEARANCE by Phillip Dane Warren on behalf of Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Warren, Phillip) (Entered: 02/24/2025) |
| 02/24/2025 | 20 | NOTICE OF CHANGE OF ADDRESS by Amy Lynn Cassidy on behalf of Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority. New Address: Sive, Paget & Riesel P.C., 560 Lexington Avenue, 15th Floor, New York, New York, USA 10022, 212 421−2150..(Cassidy, Amy) (Entered: 02/24/2025) |
| 02/27/2025 | 21 | AFFIDAVIT OF SERVICE of Summons and Complaint, served. All Defendants. Service was made by certified mail upon United States Attorney General Pam Bondi. Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Trice, Dennis) (Entered: 02/27/2025) |
| 03/04/2025 | 22 | NOTICE OF APPEARANCE by Dror Ladin on behalf of Riders Alliance, Sierra Club..(Ladin, Dror) (Entered: 03/04/2025) |
| 03/04/2025 | 23 | MOTION to Intervene . Document filed by Riders Alliance, Sierra Club. (Attachments: # 1 Exhibit Proposed Complaint−in−Intervention).(Ladin, Dror) (Entered: 03/04/2025) |
| 03/04/2025 | 24 | MEMORANDUM OF LAW in Support re: 23 MOTION to Intervene . . Document filed by Riders Alliance, Sierra Club..(Ladin, Dror) (Entered: 03/04/2025) |
| 03/04/2025 | 25 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Riders Alliance..(Ladin, Dror) (Entered: 03/04/2025) |
| 03/04/2025 | 26 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Sierra Club..(Ladin, Dror) (Entered: 03/04/2025) |
| 03/04/2025 | 27 | CERTIFICATE OF SERVICE of Motion to Intervene served on Sean Duffy, Gloria M. Shepherd, U.S. Department of Transportation, Federal Highway Administration on 03/04/2025. Service was made by Mail. Document filed by Riders Alliance, Sierra Club..(Ladin, Dror) (Entered: 03/04/2025) |
| 03/05/2025 | 28 | LETTER addressed to Judge Vernon S. Broderick from Roberta A. Kaplan, dated March 5, 2025 re: related cases. Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 03/05/2025) |
| 03/18/2025 | 29 | LETTER addressed to Judge Lewis J. Liman from Roberta A. Kaplan, dated March 18, 2025 re: scheduling. Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 03/18/2025) |
| 03/19/2025 | 30 | MOTION to Intervene *as Plaintiff*. Document filed by New York State Department of Transportation. (Attachments: # 1 Exhibit proposed complaint−in−intervention).(Frank, Andrew) (Entered: 03/19/2025) |
| 03/19/2025 | 31 | MEMORANDUM OF LAW in Support re: 30 MOTION to Intervene *as Plaintiff*. . Document filed by New York State Department of Transportation..(Frank, Andrew) (Entered: 03/19/2025) |
| 03/19/2025 | 32 | ORDER granting 23 Motion to Intervene. Because the Court grants Proposed Intervenors' motion pursuant to Federal Rule of Civil Procedure 24(b), the Court need not consider Proposed Intervenors' argument that intervention is also warranted as a matter of right pursuant to Federal Rule of Civil Procedure 24(a). The Clerk of Court is respectfully directed to close Dkt. No. 23. SO ORDERED.. (Signed by Judge Lewis J. Liman on 3/19/2025) (ks) (Entered: 03/19/2025) |
| 03/19/2025 | 33 | CERTIFICATE OF SERVICE of notice of motion, proposed complaint−in−intervention, memorandum of law served on Secretary Sean Duffy, Executive Director Gloria Shepherd, U.S. Dept. of Transportation, Federal Highway Admin., Attorney General Pamela Bondi, U.S. Attorney's Office on March 19, 2025. Service was made by U.S. mail and e−mail. Document filed by New York State Department of Transportation..(Frank, Andrew) (Entered: 03/19/2025) |

| | | |
|---|---|---|
| 03/20/2025 | 34 | ORDER taking under advisement 30 Motion to Intervene. By March 25, 2025, Defendants shall submit a letter on ECF indicating whether they intend to oppose the motion by NYSDOT to intervene. (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (MB) (Entered: 03/20/2025) |
| 03/25/2025 | 35 | LETTER addressed to Judge Lewis J. Liman from Dominika Tarczynska dated March 25, 2025 re: NYDOT Motion to Intervene. Document filed by Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation..(Tarczynska, Dominika) (Entered: 03/25/2025) |
| 03/26/2025 | 36 | ORDER granting 30 Motion to Intervene. Because the Court grants NYSDOT's motion pursuant to Federal Rule of Civil Procedure 24(b), the Court need not consider NYSDOT's argument that intervention is also warranted as a matter of right pursuant to Federal Rule of Civil Procedure 24(a). The Clerk of Court is respectfully directed to close Dkt. No. 30. SO ORDERED.. (Signed by Judge Lewis J. Liman on 3/26/2025) (ks) (Entered: 03/26/2025) |
| 03/27/2025 | 37 | INTERVENOR COMPLAINT against Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation.Document filed by New York State Department of Transportation. (Attachments: # 1 Exhibit 1. Feb. 19, 2025 Letter from Secretary Duffy to Governor Hochul, # 2 Exhibit 2. Nov. 21, 2024 Agreement, # 3 Exhibit 3. Feb. 20, 2025 Letter from Executive Director Shepherd to Commissioner Dominguez and others, # 4 Exhibit 4. June 17, 2019 Expression of Interest, # 5 Exhibit 5. Oct. 24, 2019 Letter from Administrator Nason to Executive Deputy Commissioner Epstein).(Frank, Andrew) (Entered: 03/27/2025) |
| 03/27/2025 | 38 | **FILING ERROR DEFICIENT PLEADING – PDF ERROR** – INTERVENOR COMPLAINT against Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation.Document filed by Sierra Club, Riders Alliance..(Ladin, Dror) Modified on 3/28/2025 (jgo). (Entered: 03/27/2025) |
| 03/27/2025 | 39 | CERTIFICATE OF SERVICE of Summons and Intervenor Complaint,,. Sean Duffy served on 3/27/2025, answer due 4/17/2025; Federal Highway Administration served on 3/27/2025, answer due 4/17/2025; Gloria M. Shepherd served on 3/27/2025, answer due 4/17/2025; United States Department of Transportation served on 3/27/2025, answer due 4/17/2025. Service was made by U.S. mail and e–mail. Document filed by New York State Department of Transportation..(Frank, Andrew) (Entered: 03/27/2025) |
| 03/27/2025 | 40 | CERTIFICATE OF SERVICE of Intervenor Complaint served on Sean Duffy, Gloria M. Shepherd, U.S. Department of Transportation, Federal Highway Administration on 03/27/2025. Service was made by Mail. Document filed by Riders Alliance, Sierra Club..(Ladin, Dror) (Entered: 03/27/2025) |
| 03/28/2025 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Dror Ladin to RE–FILE Document No. 38 Intervenor Complaint. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the pleading is not correct; the PDF case caption must list the Intervenor Plaintiffs. Re–file the pleading using the event type Intervenor Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (jgo)** (Entered: 03/28/2025) |
| 03/28/2025 | 41 | INTERVENOR COMPLAINT against Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, Triborough Bridge and Tunnel Authority, United States Department of Transportation.Document filed by Sierra Club, Riders Alliance..(Ladin, Dror) (Entered: 03/28/2025) |
| 03/28/2025 | 42 | ORDER The Court will hold an initial pretrial conference in the above–captioned cases on April 9, 2025 at 2 PM. The parties are directed to dial into the Court's teleconference line at 646–453–4442 and use conference ID# 358639322. The parties shall be expected to discuss case scheduling including any anticipated motion practice. The parties shall meet and confer in advance of the conference and shall submit letters no later than April 4, 2025, with proposals as to how the Court should manage these cases. SO ORDERED. Initial Conference set for 4/9/2025 at 02:00 PM before Judge Lewis J. Liman. (Signed by Judge Lewis J. Liman on 3/28/2025) (jca) (Entered: |

| | | 03/28/2025) |
|---|---|---|
| 03/31/2025 | 43 | LETTER addressed to Judge Lewis J. Liman from Andrew G. Frank dated March 31, 2025 re: correction of defendants' time to respond to complaint−in−intervention. Document filed by New York State Department of Transportation..(Frank, Andrew) (Entered: 03/31/2025) |
| 04/01/2025 | 44 | MEMO ENDORSEMENT on re: 43 Letter filed by New York State Department of Transportation, ENDORSEMENT: The Clerk of Court is respectfully directed to change the date by which the four federal defendants must answer or otherwise respond to the NYSDOT's complaint from April 17, 2025 to May 27, 2025. SO ORDERED (Signed by Judge Lewis J. Liman on 4/1/2025) New York State Department of Transportation answer due 5/27/2025. (ks) (Entered: 04/01/2025) |
| 04/02/2025 | 45 | MOTION to Intervene *as Plaintiff*. Document filed by New York City Department of Transportation. (Attachments: # 1 Exhibit Proposed Complaint−in−Intervention).(Taylor, Nathan) (Entered: 04/02/2025) |
| 04/02/2025 | 46 | MEMORANDUM OF LAW in Support re: 45 MOTION to Intervene *as Plaintiff*. . Document filed by New York City Department of Transportation..(Taylor, Nathan) (Entered: 04/02/2025) |
| 04/02/2025 | 47 | NOTICE OF APPEARANCE by Christian Chase Harned on behalf of New York City Department of Transportation..(Harned, Christian) (Entered: 04/02/2025) |
| 04/03/2025 | 48 | ORDER taking under advisement 45 Motion to Intervene. Any party intending to oppose the motion by NYCDOT to intervene shall inform the Court of that intention by letter filed on ECF no later than April 7, 2025. In the absence of any timely expressed intention to oppose the motion, the Court shall grant intervention. (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (MB) (Entered: 04/03/2025) |
| 04/04/2025 | 49 | JOINT LETTER addressed to Judge Lewis J. Liman from Roberta A. Kaplan, dated April 4, 2025 re: Case Management. Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 04/04/2025) |
| 04/08/2025 | 50 | ORDER: The Initial Pretrial Conference scheduled for tomorrow, April 9, 2025 at 2:00PM will now proceed remotely by Microsoft Teams Video Conference. Parties will be provided instructions to access the hearing via email. The public/press may access the hearing through the Court's audio only teleconference line by dialing 646−453−4442 and using Conference ID# 358639322. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (mf) (Entered: 04/08/2025) |
| 04/08/2025 | 51 | NOTICE OF APPEARANCE by Dominika Natalia Tarczynska on behalf of Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation..(Tarczynska, Dominika) (Entered: 04/08/2025) |
| 04/08/2025 | 52 | NOTICE OF APPEARANCE by Christine Schessler Poscablo on behalf of Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation..(Poscablo, Christine) (Entered: 04/08/2025) |
| 04/08/2025 | 53 | NOTICE OF APPEARANCE by David E. Farber on behalf of Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation..(Farber, David) (Entered: 04/08/2025) |
| 04/08/2025 | 54 | LETTER addressed to Judge Lewis J. Liman from Roberta A. Kaplan dated April 8, 2025 re: USDOT Social Media Post. Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 04/08/2025) |
| 04/09/2025 | 55 | ORDER granting 45 Motion to Intervene. NYCDOT is a party to the Value Pricing Pilot Program agreement at issue and has an interest in determining the status of that agreement. Dkt. No. 46. Because the Court grants NYCDOT's motion pursuant to Federal Rule of Civil Procedure 24(b), the Court need not consider NYCDOTs argument that intervention is also warranted as a matter of right pursuant to Federal Rule of Civil Procedure 24(a). The Clerk of Court is respectfully directed to close Dkt. No. 45. SO ORDERED.. (Signed by Judge Lewis J. Liman on 4/9/2025) (ks) (Entered: |

| | | 04/09/2025) |
|---|---|---|
| 04/09/2025 | 56 | **FILING ERROR – DEFICIENT PLEADING – FILER ERROR –** INTERVENOR COMPLAINT against Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation.Document filed by New York City Department of Transportation. (Attachments: # 1 Exhibit Letter from Secretary Sean Duffy to Governor Kathy Hochul (Feb. 19, 2025), # 2 Exhibit Agreement among FHWA, State DOT, Triborough and New York City Department of Transportation (Nov. 21, 2024), # 3 Exhibit Letter from Executive Director Gloria Shepherd to Commissioner Rodriguez and others (Feb. 20, 2025), # 4 Exhibit Letter from Executive Director Shepherd to City DOT Commissioner Rodriguez and others (Mar. 20, 2025), # 5 Exhibit Expression of Interest (June 17, 2019), # 6 Exhibit Letter from Administrator Nicole Nason to Executive Deputy Commissioner Ron Epstein at 1 (Oct. 24, 2019).(Taylor, Nathan) Modified on 4/10/2025 (pc). (Entered: 04/09/2025) |
| 04/09/2025 | 57 | ORDER: The Court adopts as an Order of the Court the case schedule agreed to by the parties and discussed at the initial pretrial conference on April 9, 2025. Amendments to complaints are due April 18, 2025. Defendants' answer to the amended complaint or complaints is due May 27, 2025. Defendants shall produce the administrative record by May 27, 2025. Defendants shall inform the Court by no later than April 23, 2025 whether they anticipate the administrative record to include any documents other than Secretary Duffy's letter dated February 19, 2025. Motions to complete or supplement the record, or for extra record discovery, are due June 24, 2025. Oppositions to such motions are due July 15, 2025. Replies in support of such motions are due July 29, 2025. Defendants' motion for summary judgment must be filed within thirty days of resolution of the last of any motions for discovery and completion of the last of any resulting discovery and/or supplementation of the record. Plaintiffs' and Intervenors' cross−motions for summary judgment and opposition to Defendants' motion for summary judgment are due thirty days thereafter. Defendants' reply in support of their motion for summary judgment and in opposition to Plaintiffs' and Intervenors' cross−motions for summary judgment is due fourteen days thereafter. Plaintiffs' and Intervenors' replies in support of their motions for summary judgment are due fourteen days thereafter. SO ORDERED. (Signed by Judge Lewis J. Liman on 4/9/2025) ( Amended Pleadings due by 4/18/2025., Motions due by 6/24/2025., Responses due by 7/15/2025, Replies due by 7/29/2025.) (ks) (Entered: 04/09/2025) |
| 04/09/2025 | | Minute Entry for proceedings held before Judge Lewis J. Liman: Initial Pretrial Conference held on 4/9/2025 by Microsoft Teams Video Conference. Counsel present for Plaintiffs in both cases. Counsel present for Defendants in both cases. Counsel present for Intervenor Plaintiff NYSDOT. Counsel present for Intervenor Plaintiffs Riders Alliance and Sierra Club. Court reporter present. See Order issued by the Court. (mf) (Entered: 04/28/2025) |
| 04/10/2025 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Nathan Michael Potter Taylor to RE−FILE Document No. 56 Intervenor Complaint,,,. The filing is deficient for the following reason(s): the wrong filer/filers were selected for the pleading;. Re−file the pleading using the event type Intervenor Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (pc)** (Entered: 04/10/2025) |
| 04/10/2025 | 58 | INTERVENOR COMPLAINT against Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation.Document filed by New York City Department of Transportation. (Attachments: # 1 Exhibit 1 – Letter from Secretary Sean Duffy to Governor Kathy Hochul (Feb. 19, 2025), # 2 Exhibit 2 – Agreement among FHWA, State DOT, Triborough and New York City Department of Transportation (Nov. 21, 2024), # 3 Exhibit 3 – Letter from Executive Director Gloria Shepherd to Commissioner Rodriguez and others (Feb. 20, 2025), # 4 Exhibit 4 – Letter from Executive Director Shepherd to City DOT Commissioner Rodriguez and others (Mar. 20, 2025), # 5 Exhibit 5 – Expression of Interest (June 17, 2019), # 6 Exhibit 6 – Letter from Administrator Nicole Nason to Executive Deputy Commissioner Ron Epstein at 1 (Oct. 24, 2019)).(Taylor, Nathan) (Entered: 04/10/2025) |

| | | |
|---|---|---|
| 04/14/2025 | 59 | AFFIDAVIT OF SERVICE of Summons and Intervenor Complaint,,,. Sean Duffy answer due 4/28/2025; Federal Highway Administration answer due 4/28/2025; Gloria M. Shepherd answer due 4/28/2025; United States Department of Transportation answer due 4/28/2025. Service was made by Mail. Document filed by New York City Department of Transportation..(Taylor, Nathan) (Entered: 04/14/2025) |
| 04/16/2025 | 60 | TRANSCRIPT of Proceedings re: CONFERENCE held on 4/9/2025 before Judge Lewis J. Liman. Court Reporter/Transcriber: Lisa Picciano Franko, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/7/2025. Redacted Transcript Deadline set for 5/19/2025. Release of Transcript Restriction set for 7/15/2025..(McGuirk, Kelly) (Entered: 04/16/2025) |
| 04/16/2025 | 61 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 4/9/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 04/16/2025) |
| 04/18/2025 | 62 | CONSOLIDATED FIRST AMENDED COMPLAINT amending 37 Intervenor Complaint,, 58 Intervenor Complaint,,, 1 Complaint, against Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation.Document filed by Triborough Bridge and Tunnel Authority, New York State Department of Transportation, Metropolitan Transportation Authority, New York City Department of Transportation. Related document: 37 Intervenor Complaint,, 58 Intervenor Complaint,,, 1 Complaint,. (Attachments: # 1 Exhibit A – June 2019 Expression of Interest, # 2 Exhibit B – VPPP Agreement, # 3 Exhibit C – Feb. 19, 2025 Letter from S. Duffy, # 4 Exhibit D – Mar. 18, 2025 Letter from S. Duffy, # 5 Exhibit E – Mar. 20, 2025 Letter from G. Shepherd, # 6 Exhibit F – Urban Partnership Agreement, # 7 Exhibit G – Oct. 2019 FHWA Response, # 8 Exhibit H – Feb. 20, 2025 Letter from G. Shepherd, # 9 Exhibit I – Mar. 30, 2025 Letter from J. Lieber).(Kaplan, Roberta) Modified on 4/21/2025 (jgo). Modified on 4/21/2025 (gp). (Entered: 04/18/2025) |
| 04/18/2025 | 63 | AMENDED INTERVENOR COMPLAINT against Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation.Document filed by Sierra Club, Riders Alliance..(Ladin, Dror) (Entered: 04/18/2025) |
| 04/23/2025 | 64 | LETTER addressed to Judge Lewis J. Liman from Roberta A. Kaplan, dated April 23, 2025 re: April 21, 2025 Letter from Secretary Duffy. Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 04/23/2025) |
| 04/23/2025 | 65 | *SELECTED PARTIES* LETTER addressed to Judge Lewis J. Liman from Dominika Tarczynska dated April 23, 2025 re: Administrative Record & April 20, 2025 Secretary Duffy Letter. Document filed by Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation. (Attachments: # 1 Exhibit A – Secretary Duffy April 20, 2025 Letter).(Tarczynska, Dominika) Modified on 4/24/2025 (tro). (Entered: 04/23/2025) |
| 04/23/2025 | 66 | LETTER addressed to Judge Lewis J. Liman from Dominika Tarczynska dated April 23, 2025 re: Administrative Record & April 21, 2025 Letter. Document filed by Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation. (Attachments: # 1 Exhibit A – April 21, 2025 Letter).(Tarczynska, Dominika) (Entered: 04/23/2025) |
| 04/24/2025 | 67 | LETTER MOTION to Seal *ECF No. 65* addressed to Judge Lewis J. Liman from Dominika Tarczynska dated April 24, 2025. Document filed by Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation..(Tarczynska, Dominika) (Entered: 04/24/2025) |
| 04/24/2025 | 68 | LETTER RESPONSE to Motion addressed to Judge Lewis J. Liman from Dror Ladin dated April 24, 2025 re: 67 LETTER MOTION to Seal *ECF No. 65* addressed to Judge |

| | | |
|---|---|---|
| | | Lewis J. Liman from Dominika Tarczynska dated April 24, 2025. . Document filed by Riders Alliance, Sierra Club..(Ladin, Dror) (Entered: 04/24/2025) |
| 04/24/2025 | 69 | ORDER granting 67 Letter Motion to Seal. Defendants' letter motion to seal the document at Dkt. No. 65 raises two distinct questions: (1) whether, in light of the document's public filing on the docket and subsequent republication by media outlets, there exists sufficient basis to grant the motion to seal, and (2) whether Defendants' inadvertent publication of the document waives any applicable privilege. Any opposition to the motion to seal shall be filed no later than May 2, 2025, and shall address both these questions. Any letter in further support of sealing shall be filed no later than May 7, 2025. The document at Dkt. No. 65 shall remain temporarily sealed with access limited to the Federal Defendants and to the Court pending further order of the Court. SO ORDERED. (Signed by Judge Lewis J. Liman on 4/24/2025) (ks) (Entered: 04/24/2025) |
| 05/02/2025 | 70 | LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis J. Liman from Dror Ladin dated May 2, 2025 re: 67 LETTER MOTION to Seal *ECF No. 65* addressed to Judge Lewis J. Liman from Dominika Tarczynska dated April 24, 2025. . Document filed by Riders Alliance, Sierra Club..(Ladin, Dror) (Entered: 05/02/2025) |
| 05/02/2025 | 71 | LETTER addressed to Judge Lewis J. Liman from Roberta A. Kaplan, dated May 2, 2025 re: Preliminary Injunction Briefing. Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority. (Attachments: # 1 Exhibit Email Correspondence).(Kaplan, Roberta) (Entered: 05/02/2025) |
| 05/02/2025 | 72 | LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis J. Liman from Roberta A. Kaplan, dated May 2, 2025 re: 67 LETTER MOTION to Seal *ECF No. 65* addressed to Judge Lewis J. Liman from Dominika Tarczynska dated April 24, 2025. . Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 05/02/2025) |
| 05/02/2025 | 73 | MEMO ENDORSEMENT on re: 71 Letter, filed by Triborough Bridge and Tunnel Authority, Metropolitan Transportation Authority, ENDORSEMENT: The Court will take Plaintiffs' proposed briefing schedule under advisement. Plaintiffs may file a motion for a preliminary injunction by May 5, 2025. No later than May 3, 2025 at 5pm, Defendants shall file a letter stating why the Court should not require that Defendants' opposition to the preliminary injunction motion be filed by May 13, 2025, with Plaintiffs' reply due on May 19, 2025. Plaintiffs may respond to Defendants' position on the briefing schedule no later than 12pm on May 4, 2025. SO ORDERED (Signed by Judge Lewis J. Liman on 5/2/2025) ( Motions due by 5/5/2025., Responses due by 5/13/2025, Replies due by 5/19/2025.) (ks) (Entered: 05/02/2025) |
| 05/02/2025 | 74 | LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis J. Liman from Andrew G. Frank dated May 2, 2025 re: 67 LETTER MOTION to Seal *ECF No. 65* addressed to Judge Lewis J. Liman from Dominika Tarczynska dated April 24, 2025. . Document filed by New York State Department of Transportation..(Frank, Andrew) (Entered: 05/02/2025) |
| 05/03/2025 | 75 | LETTER addressed to Judge Lewis J. Liman from Christine S. Poscablo dated May 3, 2025 re: Response to Plaintiffs' Letter Requesting Preliminary Injunction Briefing Schedule and Court's May 2, 2025 Order Directing a Response. Document filed by Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation. (Attachments: # 1 Exhibit Email Correspondence).(Poscablo, Christine) (Entered: 05/03/2025) |
| 05/04/2025 | 76 | LETTER addressed to Judge Lewis J. Liman from Roberta A. Kaplan, dated May 4, 2025 re: Response to Defendants' May 3, 2025 Letter Regarding Preliminary Injunction Briefing. Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 05/04/2025) |
| 05/04/2025 | 77 | ORDER. Plaintiffs may file a motion for a preliminary injunction by May 5, 2025. Defendants' opposition is due May 16, 2025. Plaintiffs' reply in support of the motion is due May 22, 2025. If the Court decides it is necessary, the Court will hold a hearing on the preliminary injunction motion on May 27, 2025 at 10:00 AM. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (MB) (Entered: 05/04/2025) |

| 05/05/2025 | 78 | NOTICE OF APPEARANCE by Michael Benjamin Bruns on behalf of Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation..(Bruns, Michael) (Entered: 05/05/2025) |
|---|---|---|
| 05/05/2025 | 79 | MOTION for Leave to File CONSOLIDATED SECOND AMENDED COMPLAINT . Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 05/05/2025) |
| 05/05/2025 | 80 | MEMORANDUM OF LAW in Support re: 79 MOTION for Leave to File CONSOLIDATED SECOND AMENDED COMPLAINT . . Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority. (Attachments: # 1 Exhibit 1 – Second Amended Complaint, # 2 Exhibit 2 – Blackline against Second Amended Complaint).(Kaplan, Roberta) (Entered: 05/05/2025) |
| 05/05/2025 | 81 | LETTER MOTION for Leave to File Excess Pages addressed to Judge Lewis J. Liman from Roberta A. Kaplan, dated May 5, 2025. Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 05/05/2025) |
| 05/05/2025 | 82 | MOTION for Preliminary Injunction . Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 05/05/2025) |
| 05/05/2025 | 83 | MEMORANDUM OF LAW in Support re: 82 MOTION for Preliminary Injunction . . Document filed by Metropolitan Transportation Authority, New York City Department of Transportation, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 05/05/2025) |
| 05/05/2025 | 84 | DECLARATION of Kevin Willens in Support re: 82 MOTION for Preliminary Injunction .. Document filed by Metropolitan Transportation Authority, New York City Department of Transportation, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 05/05/2025) |
| 05/05/2025 | 85 | DECLARATION of Allison L.C. de Cerreno, Ph.D. in Support re: 82 MOTION for Preliminary Injunction .. Document filed by Metropolitan Transportation Authority, New York City Department of Transportation, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 05/05/2025) |
| 05/05/2025 | 86 | DECLARATION of William Carry in Support re: 82 MOTION for Preliminary Injunction .. Document filed by Metropolitan Transportation Authority, New York City Department of Transportation, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 05/05/2025) |
| 05/05/2025 | 87 | DECLARATION of D. Brandon Trice in Support re: 82 MOTION for Preliminary Injunction .. Document filed by Metropolitan Transportation Authority, New York City Department of Transportation, Triborough Bridge and Tunnel Authority. (Attachments: # 1 Exhibit 1– VPPP Agreement, # 2 Exhibit 2 – May 24, 2024 Truth Social Post by D. Trump, # 3 Exhibit 3 – Jan. 11, 2025 X Post by N. Malliotakis, # 4 Exhibit 4 – Feb. 19, 2025 X Post by D. Trump, # 5 Exhibit 5 – Feb. 19, 2025 Letter from S. Duffy, # 6 Exhibit 6 – Feb. 20, 2025 Letter from G. Shepherd, # 7 Exhibit 7 – Mar. 20, 2025 X Post by S. Duffy, # 8 Exhibit 8 – Mar. 20, 2025 Letter from G. Shepherd, # 9 Exhibit 9 – Apr. 8, 2025 X Post by USDOT, # 10 Exhibit 10 – Apr. 21, 2025 Letter from S. Duffy).(Kaplan, Roberta) (Entered: 05/05/2025) |
| 05/05/2025 | 88 | MOTION for Preliminary Injunction . Document filed by New York State Department of Transportation..(Frank, Andrew) (Entered: 05/06/2025) |
| 05/06/2025 | 89 | MEMORANDUM OF LAW in Support re: 88 MOTION for Preliminary Injunction . . Document filed by New York State Department of Transportation..(Frank, Andrew) (Entered: 05/06/2025) |
| 05/06/2025 | 90 | DECLARATION of Janet Ho in Support re: 88 MOTION for Preliminary Injunction .. Document filed by New York State Department of Transportation..(Frank, Andrew) (Entered: 05/06/2025) |
| 05/06/2025 | 91 | DECLARATION of Allison L.C. de Cerreno, Ph.D. in Support re: 88 MOTION for Preliminary Injunction .. Document filed by Metropolitan Transportation Authority, New York City Department of Transportation, Triborough Bridge and Tunnel |

| | | |
|---|---|---|
| | | Authority. (Attachments: # 1 Exhibit A Apr. 24, 2019 Meeting Summary, # 2 Exhibit B June 17, 2019 Expression of Interest, # 3 Exhibit C Oct. 24, 2019 Letter from N. Nason, # 4 Exhibit D Dec. 17, 2019 Letter from M. Dominguez and P. Foye, # 5 Exhibit E Jan. 27, 2020 Letter from Project Sponsors, # 6 Exhibit F Jul. 2, 2020 Letter from Project Sponsors, # 7 Exhibit G Sept. 3, 2020 Letter from N. Nason, # 8 Exhibit H Oct. 13, 2020 Letter from Project Sponsors, # 9 Exhibit I Mar. 30, 2021 Letter from R. Marquis, # 10 Exhibit J Mar. 2025 Traffic Patterns).(Kaplan, Roberta) (Entered: 05/06/2025) |
| 05/06/2025 | 92 | ORDER granting 81 Letter Motion for Leave to File Excess Pages for good cause shown. (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (Liman, Lewis) (Entered: 05/06/2025) |
| 05/06/2025 | 93 | ORDER granting 79 Letter Motion for Leave to File Document without opposition. (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (Liman, Lewis) (Entered: 05/06/2025) |
| 05/06/2025 | 94 | LETTER MOTION for Extension of Time , *nunc pro tunc, to file preliminary injunction papers* addressed to Judge Lewis J. Liman from Andrew G. Frank dated May 6, 2025. Document filed by New York State Department of Transportation..(Frank, Andrew) (Entered: 05/06/2025) |
| 05/06/2025 | 95 | ORDER granting 94 Letter Motion for Extension of Time (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (Liman, Lewis) (Entered: 05/06/2025) |
| 05/06/2025 | 96 | CONSOLIDATED SECOND AMENDED COMPLAINT amending 62 Amended Complaint,,,, against Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation.Document filed by Triborough Bridge and Tunnel Authority, New York State Department of Transportation, Metropolitan Transportation Authority, New York City Department of Transportation. Related document: 62 Amended Complaint,,,,..(Kaplan, Roberta) Modified on 5/7/2025 (pc). (Entered: 05/06/2025) |
| 05/07/2025 | 97 | LETTER REPLY to Response to Motion addressed to Judge Lewis J. Liman from Dominika Tarczynska dated May 7, 2025 re: 67 LETTER MOTION to Seal *ECF No. 65* addressed to Judge Lewis J. Liman from Dominika Tarczynska dated April 24, 2025. . Document filed by Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation..(Tarczynska, Dominika) (Entered: 05/07/2025) |
| 05/08/2025 | 98 | LETTER addressed to Judge Lewis J. Liman from Roberta A. Kaplan, dated May 8, 2025 re: response to Defendants Letter, dated May 7, 2025 (ECF No. 97). Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 05/08/2025) |
| 05/08/2025 | 99 | MEMO ENDORSEMENT on re: 98 Letter, filed by Triborough Bridge and Tunnel Authority, Metropolitan Transportation Authority, ENDORSEMENT: No later than 5 PM on May 12, 2025, Plaintiffs and Intervenors may file a single surreply brief that is no longer than three single−spaced pages. SO ORDERED (Signed by Judge Lewis J. Liman on 5/8/2025) ( Surreplies due by 5/12/2025.) (ks) (Entered: 05/08/2025) |
| 05/08/2025 | 100 | LETTER MOTION for Leave to File Response to Sur−Reply *to be Filed by Plaintiffs in Connection with Defendants' Motion to Seal ECF 65* addressed to Judge Lewis J. Liman from Christine S. Poscablo dated May 8, 2025. Document filed by Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation..(Poscablo, Christine) (Entered: 05/08/2025) |
| 05/12/2025 | 101 | LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis J. Liman from Roberta A. Kaplan dated May 12, 2025 re: 67 LETTER MOTION to Seal *ECF No. 65* addressed to Judge Lewis J. Liman from Dominika Tarczynska dated April 24, 2025. . Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 05/12/2025) |
| 05/12/2025 | 102 | ORDER granting 100 Letter Motion for Leave to File Document. Defendants may file a sur−sur reply no later than 8pm on May 13, 2025. (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (Liman, Lewis) (Entered: 05/12/2025) |

| 05/13/2025 | 103 | LETTER RESPONSE in Support of Motion addressed to Judge Lewis J. Liman from Christine S. Poscablo dated May 13, 2025 re: 67 LETTER MOTION to Seal *ECF No. 65* addressed to Judge Lewis J. Liman from Dominika Tarczynska dated April 24, 2025. . Document filed by Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation..(Poscablo, Christine) (Entered: 05/13/2025) |
|---|---|---|
| 05/14/2025 | 104 | NOTICE OF APPEARANCE by Harry Sandick on behalf of NYC School Bus Umbrella Services, Inc...(Sandick, Harry) (Entered: 05/14/2025) |
| 05/14/2025 | 105 | MOTION to File Amicus Brief *in Support of Plaintiffs' Motion for a Preliminary Injunction*. Document filed by NYC School Bus Umbrella Services, Inc.. (Attachments: # 1 Exhibit A – Amicus Brief, # 2 Exhibit B – Proposed Order).(Sandick, Harry) (Entered: 05/14/2025) |
| 05/14/2025 | 106 | MEMORANDUM AND ORDER: Defendants' motion to seal is GRANTED IN PART and DENIED IN PART. The Letter shall be unsealed, but it shall remain privileged such that Plaintiffs and Intervenors may not use it in this litigation. The Clerk of Court is directed to unseal Dkt. No. 65. SO ORDERED. (Signed by Judge Lewis J. Liman on 5/14/2025) (sgz) (Entered: 05/15/2025) |
| 05/15/2025 | 107 | ORDER granting 105 Motion to File Amicus Brief. The NYC School Bus Umbrella Services, Inc.'s motion to file an amicus brief in support of Plaintiffs' motion for a preliminary injunction is GRANTED. Any other motions seeking leave to file an amicus brief in support of a preliminary injunction shall be filed no later than May 16, 2025 at 5PM. Any motions seeking leave to file an amicus brief in opposition to a preliminary injunction shall be filed no later than May 20, 2025. (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (MB) (Entered: 05/15/2025) |
| 05/15/2025 | 108 | MOTION for Leave to File Brief of Amici Curiae . Document filed by Environmental Defense Fund, Natural Resources Defense Council, CIVITAS, New York League of Conservation Voters, Bike New York, Reinvent Albany, MoveNY, Partnership For New York City, Tri–State Transportation Campaign, Open Plans, EmpowerNJ, BlueWaveNJ, Clean Water Action, Bike Hoboken, Our Revolution NJ, Bike North Bergen, Turnpike Trap Coalition, Evergreen, Hudson County Complete Streets, WE ACT for Environmental Justice, StreetsPAC, Transportation Alternatives, New York Public Interest Research Group Fund, Michael B. Gerrard, Sam Schwartz..(Otis, Andrew) (Entered: 05/15/2025) |
| 05/15/2025 | 109 | MEMORANDUM OF LAW in Support re: 108 MOTION for Leave to File Brief of Amici Curiae . . Document filed by Bike Hoboken, Bike New York, Bike North Bergen, BlueWaveNJ, CIVITAS, Clean Water Action, EmpowerNJ, Environmental Defense Fund, Evergreen, Michael B. Gerrard, Hudson County Complete Streets, MoveNY, Natural Resources Defense Council, New York League of Conservation Voters, New York Public Interest Research Group Fund, Open Plans, Our Revolution NJ, Partnership For New York City, Reinvent Albany, Sam Schwartz, StreetsPAC, Transportation Alternatives, Tri–State Transportation Campaign, Turnpike Trap Coalition, WE ACT for Environmental Justice. (Attachments: # 1 Exhibit 1 – Proposed Brief of Amici Curiae).(Otis, Andrew) (Entered: 05/15/2025) |
| 05/15/2025 | 110 | MOTION for Leave to File Amicus Brief . Document filed by Mobilization for Justice, New York Lawyers for the Public Interest, 504 Democratic Club, Center for Independence of the Disabled New York, Elevator Action Group, Harlem Independent Living Center..(Litrownik, Michael) (Entered: 05/15/2025) |
| 05/15/2025 | 111 | MEMORANDUM OF LAW in Support re: 110 MOTION for Leave to File Amicus Brief . . Document filed by 504 Democratic Club, Center for Independence of the Disabled New York, Elevator Action Group, Harlem Independent Living Center, Mobilization for Justice, New York Lawyers for the Public Interest. (Attachments: # 1 Exhibit Proposed Amicus Brief).(Litrownik, Michael) (Entered: 05/15/2025) |
| 05/16/2025 | 112 | ORDER granting 108 Motion for Leave to File Document (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (MB) (Entered: 05/16/2025) |
| 05/16/2025 | 113 | ORDER granting 110 Motion for Leave to File Document (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (MB) (Entered: 05/16/2025) |

| | | |
|---|---|---|
| 05/16/2025 | 114 | BRIEF re: 112 Order on Motion for Leave to File Document *Brief of Amici Curiae*. Document filed by Bike Hoboken, Bike New York, Bike North Bergen, BlueWaveNJ, CIVITAS, Clean Water Action, EmpowerNJ, Environmental Defense Fund, Evergreen, Michael B. Gerrard, Hudson County Complete Streets, MoveNY, Natural Resources Defense Council, New York League of Conservation Voters, New York Public Interest Research Group Fund, Open Plans, Our Revolution NJ, Partnership For New York City, Reinvent Albany, Sam Schwartz, StreetsPAC, Transportation Alternatives, Tri–State Transportation Campaign, Turnpike Trap Coalition, WE ACT for Environmental Justice..(Otis, Andrew) (Entered: 05/16/2025) |
| 05/16/2025 | 115 | BRIEF re: 107 Order on Motion to File Amicus Brief,, . Document filed by NYC School Bus Umbrella Services, Inc...(Sandick, Harry) (Entered: 05/16/2025) |
| 05/16/2025 | 116 | BRIEF re: 113 Order on Motion for Leave to File Document . Document filed by 504 Democratic Club, Center for Independence of the Disabled New York, Elevator Action Group, Harlem Independent Living Center, Mobilization for Justice, New York Lawyers for the Public Interest..(Litrownik, Michael) (Entered: 05/16/2025) |
| 05/16/2025 | 117 | NOTICE OF APPEARANCE by Samuel Holt on behalf of Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation..(Holt, Samuel) (Entered: 05/16/2025) |
| 05/16/2025 | 118 | RESPONSE in Opposition to Motion re: 82 MOTION for Preliminary Injunction ., 88 MOTION for Preliminary Injunction . . Document filed by Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation..(Bruns, Michael) (Entered: 05/16/2025) |
| 05/20/2025 | 119 | LETTER MOTION for Extension of Time to File Answer *and Amend Case Schedule* addressed to Judge Lewis J. Liman from Michael Bruns dated 05/20/2025. Document filed by Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation..(Bruns, Michael) (Entered: 05/20/2025) |
| 05/20/2025 | 120 | LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis J. Liman from Dror Ladin dated 5/20/2025 re: 119 LETTER MOTION for Extension of Time to File Answer *and Amend Case Schedule* addressed to Judge Lewis J. Liman from Michael Bruns dated 05/20/2025. . Document filed by Riders Alliance, Sierra Club. (Attachments: # 1 Exhibit Attachment 1 – April 4 email, # 2 Exhibit Attachment 2 – May 20 email).(Ladin, Dror) (Entered: 05/20/2025) |
| 05/21/2025 | 121 | ORDER denying 119 Letter Motion for Extension of Time to Answer (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (MB) (Entered: 05/21/2025) |
| 05/22/2025 | 122 | LETTER MOTION for Extension of Time *to Respond to the Operative Complaints* addressed to Judge Lewis J. Liman from Defendants dated 05/22/2025. Document filed by Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation..(Holt, Samuel) (Entered: 05/22/2025) |
| 05/22/2025 | 123 | ORDER granting 122 Letter Motion for Extension of Time to June 3 to answer the operative complaint (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (Liman, Lewis) (Entered: 05/22/2025) |
| 05/22/2025 | 124 | REPLY MEMORANDUM OF LAW in Support re: 82 MOTION for Preliminary Injunction . . Document filed by Metropolitan Transportation Authority, New York City Department of Transportation, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 05/22/2025) |
| 05/22/2025 | 125 | DECLARATION of D. Brandon Trice in Support re: 82 MOTION for Preliminary Injunction .. Document filed by Metropolitan Transportation Authority, New York City Department of Transportation, Triborough Bridge and Tunnel Authority. (Attachments: # 1 Exhibit 1A – MTA and TBTA Response to OTSC, # 2 Exhibit 1B – MTA and TBTA Response to OTSC, # 3 Exhibit 1C – MTA and TBTA Response to OTSC, # 4 Exhibit 2 – NYCDOT Response to OTSC).(Kaplan, Roberta) (Entered: 05/22/2025) |
| 05/22/2025 | 126 | REPLY MEMORANDUM OF LAW in Support re: 88 MOTION for Preliminary Injunction . . Document filed by New York State Department of Transportation..(Frank, Andrew) (Entered: 05/22/2025) |

| 05/23/2025 | 127 | ORDER: The Court will hold a hearing on the pending motions for a preliminary injunction on May 27, 2025 at 10:00 AM in Courtroom 15C, 500 Pearl Street, New York, NY 10007. Each side will have 45 minutes to present. Plaintiffs may reserve time for rebuttal. SO ORDERED. (Signed by Judge Lewis J. Liman on 5/23/2025) (Status Conference set for 5/27/2025 at 10:00 AM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman.) (ar) (Entered: 05/23/2025) |
|---|---|---|
| 05/26/2025 | 128 | NOTICE OF APPEARANCE by Charles E.T. Roberts on behalf of Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation..(Roberts, Charles) (Entered: 05/26/2025) |
| 05/27/2025 | 129 | TEMPORARY RESTRAINING ORDER: For the reasons stated on the record at the hearing held on May 27, 2025, the Court issues the following temporary restraining order: Defendants Sean Duffy, in his official capacity as Secretary of the United States Department of Transportation, Gloria M. Shepherd, in her official capacity as Executive Director of the Federal Highway Administration, the United States Department of Transportation, and the Federal Highway Administration as well as all persons identified under Federal Rule of Civil Procedure 65(d)(2), including all of their respective officers, agents, servants, employees, and attorneys, are temporarily restrained from taking any action founded on the February 19, 2025 letter from Secretary Duffy to Governor Hochul purporting to terminate the VPPP agreement and rescind federal approval for New York's Central Business District tolling program including any action to enforce compliance with or implement the February 19 letter, Defendants' purported termination of the VPPP agreement, or Defendants' purported termination of the tolling program. Defendants are also restrained from taking any of the "compliance measures" set forth in the April 21, 2025 letter from Secretary Duffy to Governor Hochul to enforce compliance with or implement the February 19 letter, Defendants purported termination of the VPPP agreement, or Defendants' purported termination of the tolling program. For avoidance of doubt, Defendants are enjoined from withholding federal funds, approvals, or authorizations from New York State or local agencies to enforce compliance with or implement the February 19 letter, Defendants purported termination of the VPPP agreement, or Defendants' purported termination of the tolling program. This temporary restraining order shall expire at 5:00 p.m. on June 9, 2025. SO ORDERED. (Signed by Judge Lewis J. Liman on 5/27/2025) (ks) (Entered: 05/27/2025) |
| 05/27/2025 | 130 | NOTICE of Supplemental Administrative Record. Document filed by Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation. (Attachments: # 1 Affidavit Certification of Richard Marquis, # 2 Appendix Administrative Record Index, # 3 Exhibit AR Supplement Part 1, # 4 Exhibit AR Supplement Part 2, # 5 Exhibit AR Supplement Part 3, # 6 Exhibit AR Supplement Part 4, # 7 Exhibit AR Supplement Part 5, # 8 Exhibit AR Supplement Part 6, # 9 Exhibit AR Supplement Part 7).(Bruns, Michael) (Entered: 05/27/2025) |
| 05/27/2025 | | Minute Entry for proceedings held before Judge Lewis J. Liman: Oral Argument held on 5/27/2025 re: 82 MOTION for Preliminary Injunction filed by Triborough Bridge and Tunnel Authority, Metropolitan Transportation Authority, 88 MOTION for Preliminary Injunction filed by New York State Department of Transportation. Roberta Kaplan, Brandon Trice, Max Crema, Mark Chertok, and Elizabeth Knauer present for Plaintiffs. Andrew Frank present for Intervenor Plaintiff NYS Department of Transportation. Nathan Taylor present for Intervenor Plaintiff NYC Department of Transportation. Dror Ladin present for Intervenor Plaintiffs Riders Alliance and Sierra Club. Charles Roberts and Michael Bruns present for Defendants. Court reporter present. The Court heard argument from all parties regarding the pending motions for a preliminary injunction. See Order issued by the Court. Plaintiffs counsel directed to order a copy of the transcript of the hearing. (mf) (Entered: 06/06/2025) |
| 05/28/2025 | 131 | BRIEF re: 114 Brief,, *Amended Brief of Amici Curiae*. Document filed by Bike Hoboken, Bike New York, Bike North Bergen, BlueWaveNJ, CIVITAS, Clean Water Action, EmpowerNJ, Environmental Defense Fund, Evergreen, Michael B. Gerrard, Hudson County Complete Streets, MoveNY, Natural Resources Defense Council, New York League of Conservation Voters, New York Public Interest Research Group Fund, Open Plans, Our Revolution NJ, Partnership For New York City, Reinvent Albany, Sam Schwartz, StreetsPAC, Transportation Alternatives, Tri−State Transportation Campaign, Turnpike Trap Coalition, WE ACT for Environmental Justice..(Otis, Andrew) (Entered: 05/28/2025) |

| 05/28/2025 | 132 | OPINION AND ORDER re: 82 MOTION for Preliminary Injunction. 88 MOTION for Preliminary Injunction. Plaintiffs have established a likelihood of success on the merits for their claims that Defendants acted arbitrarily and capriciously by purporting to terminate the VPPP Agreement in the February 19 Letter except for the portion of Plaintiffs' argument resting upon Defendants' failure to perform a subsequent NEPA review. Plaintiffs have adequately shown that they would be irreparably injured absent an injunction, and that the balance of the equities and the public interest support an injunction. Because each factor weighs in favor of a preliminary injunction, Plaintiffs' motions for a preliminary injunction are GRANTED. Consistent with the above findings of fact and conclusions of law, the Court issues the following injunction: Defendants Sean Duffy, in his official capacity as Secretary of the United States Department of Transportation, Gloria M. Shepherd, in her official capacity as Executive Director of the Federal Highway Administration, the United States Department of Transportation, and the Federal Highway Administration as well as all persons identified under Federal Rule of Civil Procedure 65(d)(2), including all of Defendants' respective officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with any of the foregoing, are enjoined from taking any agency action founded on the February 19, 2025 letter from Secretary Duffy to Governor Hochul purporting to terminate the VPPP Agreement and rescind federal approval for New York's Central Business District Tolling Program, including any action to enforce compliance with or implement (1) the February 19 Letter, (2) Defendants' purported termination of the VPPP Agreement, or (3) Defendants' purported termination of the Tolling Program. For the avoidance of doubt, Defendants are enjoined from taking any of the "compliance measures" set forth in the April 21, 2025 Letter including withholding federal funds, approvals, or authorizations from New York state or local agencies to enforce compliance with or implement (1) the February 19 Letter, (2) Defendants' purported termination of the VPPP Agreement, or (3) Defendants' purported termination of the Tolling Program. The Clerk of Court is respectfully directed to close Dkt. Nos. 82 and 88. SO ORDERED. (Signed by Judge Lewis J. Liman on 5/28/2025) (ar) (Entered: 05/28/2025) |
| --- | --- | --- |
| 05/30/2025 | 133 | JOINT LETTER MOTION for Extension of Time to File Answer addressed to Judge Lewis J. Liman from Michael Bruns dated 05/30/2025. Document filed by Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation..(Bruns, Michael) (Entered: 05/30/2025) |
| 05/31/2025 | 134 | ORDER granting 133 Letter Motion for Extension of Time to Answer All Defendants (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (Liman, Lewis) (Entered: 05/31/2025) |
| 06/04/2025 | 135 | TRANSCRIPT of Proceedings re: ORAL ARGUMENT held on 5/27/2025 before Judge Lewis J. Liman. Court Reporter/Transcriber: Pamela Utter, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/25/2025. Redacted Transcript Deadline set for 7/7/2025. Release of Transcript Restriction set for 9/2/2025..(McGuirk, Kelly) (Entered: 06/04/2025) |
| 06/04/2025 | 136 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ORAL ARGUMENT proceeding held on 5/27/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 06/04/2025) |
| 06/05/2025 | 137 | NOTICE OF APPEARANCE by Mihir Ashok Desai on behalf of New York State Department of Transportation..(Desai, Mihir) (Entered: 06/05/2025) |
| 06/05/2025 | 138 | JOINT LETTER MOTION to Expedite *Proceedings* addressed to Judge Lewis J. Liman from Michael Bruns dated June 5, 2025. Document filed by Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation..(Bruns, Michael) (Entered: 06/05/2025) |
| 06/06/2025 | 139 | ORDER granting 138 Letter Motion to Expedite. SO ORDERED. (Signed by Judge Lewis J. Liman on 6/6/2025) (ks) (Entered: 06/06/2025) |

| 06/06/2025 | | Set/Reset Deadlines: Cross Motions due by 6/27/2025. Motions due by 6/27/2025. Responses due by 7/18/2025 Replies due by 7/18/2025. (ks) (Entered: 06/06/2025) |
|---|---|---|
| 06/16/2025 | 140 | MOTION for Andrew G. Frank to Withdraw as Attorney . Document filed by New York State Department of Transportation..(Frank, Andrew) (Entered: 06/16/2025) |
| 06/16/2025 | 141 | CERTIFICATE OF SERVICE of motion to withdraw as attorney (Andrew G. Frank) served on New York State Department of Transportation on June 16, 2025. Service was made by mail and e–mail. Document filed by New York State Department of Transportation..(Frank, Andrew) (Entered: 06/16/2025) |
| 06/17/2025 | 142 | ORDER granting 140 Motion to Withdraw as Attorney. Attorney Andrew Gerard Frank terminated (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (MB) (Entered: 06/17/2025) |
| 06/24/2025 | 143 | LETTER addressed to Judge Lewis J. Liman from Roberta A. Kaplan dated June 24, 2025 re: Rule 56.1 Statements. Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 06/24/2025) |
| 06/24/2025 | 144 | MEMO ENDORSEMENT on re: 143 Letter filed by Triborough Bridge and Tunnel Authority, Metropolitan Transportation Authority. ENDORSEMENT: SO ORDERED. (Signed by Judge Lewis J. Liman on 6/24/2025) (rro) (Entered: 06/24/2025) |
| 06/27/2025 | 145 | MOTION for Partial Summary Judgment . Document filed by Riders Alliance, Sierra Club..(Ladin, Dror) (Entered: 06/27/2025) |
| 06/27/2025 | 146 | MEMORANDUM OF LAW in Support re: 145 MOTION for Partial Summary Judgment . . Document filed by Riders Alliance, Sierra Club..(Ladin, Dror) (Entered: 06/27/2025) |
| 06/27/2025 | 147 | DECLARATION of Dror Ladin in Support re: 145 MOTION for Partial Summary Judgment .. Document filed by Riders Alliance, Sierra Club. (Attachments: # 1 Exhibit Admin Record 2019 Expression of Interest, # 2 Exhibit Admin Record June 2024 Reevaluation Excerpt).(Ladin, Dror) (Entered: 06/27/2025) |
| 06/27/2025 | 148 | DECLARATION of Deborah Baldwin in Support re: 145 MOTION for Partial Summary Judgment .. Document filed by Riders Alliance, Sierra Club..(Ladin, Dror) (Entered: 06/27/2025) |
| 06/27/2025 | 149 | DECLARATION of William Cryer in Support re: 145 MOTION for Partial Summary Judgment .. Document filed by Riders Alliance, Sierra Club..(Ladin, Dror) (Entered: 06/27/2025) |
| 06/27/2025 | 150 | DECLARATION of Daniel Pearlstein in Support re: 145 MOTION for Partial Summary Judgment .. Document filed by Riders Alliance, Sierra Club..(Ladin, Dror) (Entered: 06/27/2025) |
| 06/27/2025 | 151 | MOTION for Partial Summary Judgment . Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority. Responses due by 7/18/2025.(Kaplan, Roberta) (Entered: 06/27/2025) |
| 06/27/2025 | 152 | MEMORANDUM OF LAW in Support re: 151 MOTION for Partial Summary Judgment . . Document filed by Metropolitan Transportation Authority, New York City Department of Transportation, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 06/27/2025) |
| 06/27/2025 | 153 | DECLARATION of D. Brandon Trice in Support re: 151 MOTION for Partial Summary Judgment .. Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority. (Attachments: # 1 Exhibit 1 – Transcript of May 27, 2025 Hearing).(Kaplan, Roberta) (Entered: 06/27/2025) |
| 06/27/2025 | 154 | MOTION for Partial Summary Judgment . Document filed by New York State Department of Transportation. Responses due by 7/18/2025.(Desai, Mihir) (Entered: 06/27/2025) |
| 06/27/2025 | 155 | MEMORANDUM OF LAW in Support re: 154 MOTION for Partial Summary Judgment . . Document filed by New York State Department of Transportation..(Desai, Mihir) (Entered: 06/27/2025) |

| 06/27/2025 | 156 | MOTION for Summary Judgment . Document filed by Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation. Responses due by 7/18/2025.(Bruns, Michael) (Entered: 06/27/2025) |
|---|---|---|
| 06/27/2025 | 157 | PROPOSED ORDER. Document filed by Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation. Related Document Number: 156 ..(Bruns, Michael) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 06/27/2025) |
| 06/27/2025 | 158 | MEMORANDUM OF LAW in Support re: 156 MOTION for Summary Judgment . . Document filed by Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation..(Bruns, Michael) (Entered: 06/27/2025) |
| 06/27/2025 | 159 | DECLARATION of Richard Marquis in Support re: 156 MOTION for Summary Judgment .. Document filed by Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation..(Bruns, Michael) (Entered: 06/27/2025) |
| 06/30/2025 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 157 Proposed Order, was reviewed and approved as to form. (tp) (Entered: 06/30/2025) |
| 06/30/2025 | 160 | NOTICE OF APPEARANCE by Brian Farkas on behalf of Regional Plan Association, Inc...(Farkas, Brian) (Entered: 06/30/2025) |
| 06/30/2025 | 161 | MOTION to File Amicus Brief *in Support of Metropolitan Transportation Authority*. Document filed by Regional Plan Association, Inc...(Farkas, Brian) (Entered: 06/30/2025) |
| 06/30/2025 | 162 | MEMORANDUM OF LAW in Support re: 161 MOTION to File Amicus Brief *in Support of Metropolitan Transportation Authority*. . Document filed by Regional Plan Association, Inc.. (Attachments: # 1 Exhibit Proposed Amicus Brief, # 2 Exhibit Declaration of Rachel Weinberger, PhD).(Farkas, Brian) (Entered: 06/30/2025) |
| 07/01/2025 | 163 | ORDER taking under advisement 161 Motion to File Amicus Brief. Any opposition shall be filed no later than July 8, 2025. Any reply shall be filed no later than July 10, 2025. (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (Liman, Lewis) (Entered: 07/01/2025) |
| 07/16/2025 | 164 | LETTER MOTION for Leave to File Excess Pages addressed to Judge Lewis J. Liman from Roberta A. Kaplan dated July 16, 2025. Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 07/16/2025) |
| 07/16/2025 | 165 | ORDER granting 164 Letter Motion for Leave to File Excess Pages on consent. (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (Liman, Lewis) (Entered: 07/16/2025) |
| 07/16/2025 | 166 | ORDER granting 161 Letter Motion to File Amicus Brief as unopposed. (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (Liman, Lewis) (Entered: 07/16/2025) |
| 07/18/2025 | 167 | MEMORANDUM OF LAW in Opposition re: 156 MOTION for Summary Judgment . . Document filed by Riders Alliance, Sierra Club..(Ladin, Dror) (Entered: 07/18/2025) |
| 07/18/2025 | 168 | MEMORANDUM OF LAW in Opposition re: 156 MOTION for Summary Judgment . . Document filed by Metropolitan Transportation Authority, New York City Department of Transportation, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 07/18/2025) |
| 07/18/2025 | 169 | DECLARATION of D. Brandon Trice in Opposition re: 156 MOTION for Summary Judgment .. Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority. (Attachments: # 1 Exhibit 1 – July 7, 2025 Letter from J. DeLorenzo, # 2 Exhibit 2 – July 16, 2025 Letter from D. Crichlow).(Kaplan, Roberta) (Entered: 07/18/2025) |
| 07/18/2025 | 170 | MEMORANDUM OF LAW in Opposition re: 156 MOTION for Summary Judgment . . Document filed by New York State Department of Transportation..(Desai, Mihir) (Entered: 07/18/2025) |

| 07/18/2025 | 171 | MEMORANDUM OF LAW in Opposition re: 145 MOTION for Partial Summary Judgment ., 151 MOTION for Partial Summary Judgment ., 154 MOTION for Partial Summary Judgment . . Document filed by Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation..(Bruns, Michael) (Entered: 07/18/2025) |
|---|---|---|
| 07/29/2025 | 172 | NOTICE OF APPEARANCE by John Harold Reichman on behalf of EmpowerNJ..(Reichman, John) (Entered: 07/29/2025) |
| 08/29/2025 | 173 | LETTER addressed to Judge Lewis J. Liman from Roberta A. Kaplan dated August 29, 2025 re: Supplemental Authority. Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority. (Attachments: # 1 Exhibit A – Supplemental Authority).(Kaplan, Roberta) (Entered: 08/29/2025) |
| 09/08/2025 | 174 | LETTER addressed to Judge Lewis J. Liman from Samuel Holt dated 09/08/2025 re: MTA and TBTA Notice of Supplemental Authority (ECF 173). Document filed by Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation..(Holt, Samuel) (Entered: 09/08/2025) |
| 12/02/2025 | 175 | LETTER addressed to Judge Lewis J. Liman from Michael Bruns dated 12/2/2025 re: Pending Decision on Summary Judgment. Document filed by Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation..(Bruns, Michael) (Entered: 12/02/2025) |
| 12/18/2025 | 176 | LETTER addressed to Judge Lewis J. Liman from Roberta A. Kaplan dated December 18, 2025 re: Federal Defendants' September 8, 2025 letter. Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority. (Attachments: # 1 Exhibit A – DC Circuit Per Curiam Order).(Kaplan, Roberta) (Entered: 12/18/2025) |
| 12/23/2025 | 177 | ORDER: The Court will hold oral argument on the parties' motions for summary judgment on January 28, 2026, at 2:00 p.m. in Courtroom 15C at 500 Pearl Street. Argument is set for two hours to be split between Plaintiffs and Defendants. SO ORDERED. (Signed by Judge Lewis J. Liman on 12/23/2025) ( Oral Argument set for 1/28/2026 at 02:00 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman.) (ks) (Entered: 12/23/2025) |
| 12/29/2025 | 178 | NOTICE OF APPEARANCE by Monica Blong Wagner on behalf of New York State Department of Transportation..(Wagner, Monica) (Entered: 12/29/2025) |
| 01/07/2026 | 179 | LETTER addressed to Judge Lewis J. Liman from Roberta A. Kaplan dated January 7, 2026 re: Supplemental Authority. Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority. (Attachments: # 1 Exhibit A – Commonwealth of Masschusetts et al v. NIH et al Opinion).(Kaplan, Roberta) (Entered: 01/07/2026) |
| 01/23/2026 | 180 | LETTER addressed to Judge Lewis J. Liman from Michael Bruns dated 01/23/26 re: Supplemental Authority. Document filed by Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation. (Attachments: # 1 Supplement Sustainability Institute Opinion).(Bruns, Michael) (Entered: 01/23/2026) |
| 01/23/2026 | 181 | RESPONSE re: 180 Letter, . Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 01/23/2026) |
| 01/26/2026 | 182 | MOTION for David E. Farber to Withdraw as Attorney . Document filed by Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation..(Farber, David) (Entered: 01/26/2026) |
| 01/27/2026 | 183 | NOTICE OF APPEARANCE by Michael Benjamin Bruns on behalf of Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation..(Bruns, Michael) (Entered: 01/27/2026) |
| 01/27/2026 | 184 | ORDER granting 182 Motion to Withdraw as Attorney. Attorney David E. Farber terminated (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (ajh) (Entered: 01/27/2026) |

| 01/28/2026 | | Minute Entry for proceedings held before Judge Lewis J. Liman: Oral Argument held on 1/28/2026 re: 145 MOTION for Partial Summary Judgment filed by Riders Alliance, Sierra Club, 151 MOTION for Partial Summary Judgment filed by Triborough Bridge and Tunnel Authority, Metropolitan Transportation Authority, 156 MOTION for Summary Judgment filed by Sean Duffy, Gloria M. Shepherd, United States Department of Transportation, Federal Highway Administration, and 154 MOTION for Partial Summary Judgment filed by New York State Department of Transportation. Roberta Kaplan, Brandon Trice, Max Crema, Mark Chertok, and Elizabeth Knauer present for Plaintiffs. Mihir Desai present for Intervenor Plaintiff, NYS Department of Transportation. Christian Harned present for Intervenor Plaintiff, NYC Department of Transportation. Dror Ladin present for Intervenor Plaintiffs Riders Alliance and Sierra Club. Eric Hamilton and Charles Roberts present for Defendants. Court reporter present. The Court heard argument from all parties on the pending motions for summary judgment. Arguments taken under submission, decisions reserved by the Court. (mf) (Entered: 01/29/2026) |
| 02/02/2026 | 185 | MOTION for Christian Chase Harned to Withdraw as Attorney . Document filed by New York City Department of Transportation..(Harned, Christian) (Entered: 02/02/2026) |
| 02/03/2026 | 186 | ORDER granting 185 Motion to Withdraw as Attorney. The motion is GRANTED. The Clerk of Court is respectfully requested to terminate Christian C. Harned from the docket. SO ORDERED. (Signed by Judge Lewis J. Liman on 2/3/2026) Attorney Christian Chase Harned terminated (ks) (Entered: 02/03/2026) |
| 02/06/2026 | 187 | SUPPLEMENTAL MEMORANDUM OF LAW in Opposition re: 156 MOTION for Summary Judgment . . Document filed by Metropolitan Transportation Authority, New York City Department of Transportation, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 02/06/2026) |
| 02/06/2026 | 188 | NOTICE of Request for Judicial Notice in Opposition to Defendants' Motion for Summary Judgment and In Support of Plaintiffs The MTA and TBTA and Intervenor–Plaintiff NYCDOT's Motion for Partial Summary Judgment re: 156 MOTION for Summary Judgment .. Document filed by Metropolitan Transportation Authority, New York City Department of Transportation, Triborough Bridge and Tunnel Authority. (Attachments: # 1 Exhibit 1 – November 3, 2025 Post by President Trump, # 2 Exhibit 2 – January 12, 2026 Post by President Trump, # 3 Exhibit 3 – June 1, 2025 Post by Secretary Duffy, # 4 Exhibit 4 – June 10, 2025 Post by Secretary Duffy, # 5 Exhibit 5 – July 8, 2025 Post by Secretary Duffy, # 6 Exhibit 6 – July 21, 2025 Post by Secretary Duffy, # 7 Exhibit 7 – November 4, 2025 Post by Secretary Duffy, # 8 Exhibit 8 – CRZ Tolling First Evaluation Report, # 9 Exhibit 9 – February 6, 2026 Gothamist Article).(Kaplan, Roberta) (Entered: 02/06/2026) |
| 02/06/2026 | 189 | LETTER addressed to Judge Lewis J. Liman from Roberta A. Kaplan dated February 6, 2026 re: the Court's Questions at the January 28, 2026 Oral Argument. Document filed by Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority..(Kaplan, Roberta) (Entered: 02/06/2026) |
| 02/06/2026 | 190 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: 156 MOTION for Summary Judgment . . Document filed by Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation..(Bruns, Michael) (Entered: 02/06/2026) |
| 02/09/2026 | 191 | MEMO ENDORSEMENT on re: 189 Letter, filed by Triborough Bridge and Tunnel Authority, Metropolitan Transportation Authority ENDORSEMENT: Defendants shall have the opportunity to file a responsive letter of commensurate length and limited to the issues raised by Plaintiff no later than 5:00 p.m. on February 12, 2026. SO ORDERED (Signed by Judge Lewis J. Liman on 2/9/2026) (ks) (Entered: 02/09/2026) |
| 02/12/2026 | 192 | LETTER addressed to Judge Lewis J. Liman from Charles E.T. Roberts dated February 12, 2026 re: 191 MEMO ENDORSEMENT. Document filed by Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation..(Roberts, Charles) (Entered: 02/12/2026) |
| 02/19/2026 | 193 | TRANSCRIPT of Proceedings re: CONFERENCE held on 1/28/2026 before Judge Lewis J. Liman. Court Reporter/Transcriber: George Malinowski, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court |

| | | |
|---|---|---|
| | | Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/12/2026. Redacted Transcript Deadline set for 3/23/2026. Release of Transcript Restriction set for 5/20/2026..(Moya, Goretti) (Entered: 02/19/2026) |
| 02/19/2026 | 194 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 1/28/26 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 02/19/2026) |
| 03/03/2026 | 195 | OPINION AND ORDER re: 145 MOTION for Partial Summary Judgment . filed by Riders Alliance, Sierra Club, 151 MOTION for Partial Summary Judgment . filed by Triborough Bridge and Tunnel Authority, Metropolitan Transportation Authority, 156 MOTION for Summary Judgment . filed by Sean Duffy, Gloria M. Shepherd, United States Department of Transportation, Federal Highway Administration, 154 MOTION for Partial Summary Judgment . filed by New York State Department of Transportation. Plaintiffs' motion for partial summary judgment is GRANTED. Defendants' motion for summary judgment is GRANTED in part and DENIED in part. The Clerk of Court is directed to enter judgment in favor of Plaintiffs on Counts I, II, III, and IV of the Consolidated Second Amended Complaint, Dkt. No. 96, and to Intervenor Plaintiffs on Counts II, Dkt. No. 41. Counts V, VI, IX, and X of Plaintiffs' Consolidated Second Amended Complaint and Count I of Intervenor Plaintiffs' complaint are dismissed. The Clerk of Court is respectfully requested to enter judgment in favor of Defendants on Counts VII and VIII of Plaintiffs' Consolidated Second Amended Complaint and Counts III and IV of Intervenor Plaintiffs' Complaint. The Clerk of Court is further respectfully requested to enter a declaratory judgment for Plaintiffs that the Secretary is permitted to terminate the VPPP Agreement only pursuant to the terms expressly stated therein, that the Defendants' termination of the VPPP Agreement was unlawful, and that any attempt to enforce the February 19 Letter or April 21 Letter would be unlawful. Defendants may not terminate the VPPP Agreement under 2 C.F.R. § 200.340(a)(4), the incorporation of that provision through the Christian doctrine, under the Secretary's powers contained within the VPPP itself, or the exercise of the Secretary's powers under the unmistakability doctrine. The Clerk of Court is respectfully directed to close Dkt. Nos. 145, 151, 154, and 156. SO ORDERED. (Signed by Judge Lewis J. Liman on 3/3/2026) (ks) Transmission to Orders and Judgments Clerk for processing. (Entered: 03/03/2026) |
| 03/05/2026 | 196 | CLERK'S JUDGMENT re: 195 Memorandum & Opinion. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated March 3, 2026, Plaintiffs' motion for partial summary judgment is GRANTED. Defendants' motion for summary judgment is GRANTED in part and DENIED in part. The Clerk of Court is directed to enter judgment in favor of Plaintiffs on Counts I, II, III, and IV of the Consolidated Second Amended Complaint, Dkt. No. 96, and to Intervenor Plaintiffs on Counts II, Dkt. No. 41. Counts V, VI, IX, and X of Plaintiffs' Consolidated Second Amended Complaint and Count I of Intervenor Plaintiffs' complaint are dismissed. The Clerk of Court is respectfully requested to enter judgment in favor of Defendants on Counts VII and VIII of Plaintiffs' Consolidated Second Amended Complaint and Counts III and IV of Intervenor Plaintiffs' Complaint. The Clerk of Court is further respectfully requested to enter a declaratory judgment for Plaintiffs that the Secretary is permitted to terminate the VPPP Agreement only pursuant to the terms expressly stated therein, that the Defendants' termination of the VPPP Agreement was unlawful, and that any attempt to enforce the February 19 Letter or April 21 Letter would be unlawful. Defendants may not terminate the VPPP Agreement under 2 C.F.R. § 200.340(a)(4), the incorporation of that provision through the Christian doctrine, under the Secretary's powers contained within the VPPP itself, or the exercise of the Secretary's powers under the unmistakability doctrine. (Signed by Clerk of Court Tammi M Hellwig on 3/5/2026) (Attachments: # 1 Appeal Package) (tp) (Entered: 03/05/2026) |
| 05/01/2026 | 197 | NOTICE OF APPEAL from 196 Clerk's Judgment,,,,,,,. Document filed by Sean Duffy, Federal Highway Administration, Gloria M. Shepherd, United States Department of Transportation. Form C and Form D are due within 14 days to the |

| | | |
|---|---|---|
| | | Court of Appeals, Second Circuit..(Holt, Samuel) (Entered: 05/01/2026) |
| 05/01/2026 | | Appeal Fee Due: for <u>197</u> Notice of Appeal. Appeal fee due by 5/15/2026. (tp) (Entered: 05/01/2026) |
| 05/01/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: <u>197</u> Notice of Appeal. (tp) (Entered: 05/01/2026) |
| 05/01/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for <u>197</u> Notice of Appeal, filed by Sean Duffy, Gloria M. Shepherd, United States Department of Transportation, Federal Highway Administration were transmitted to the U.S. Court of Appeals. (tp) (Entered: 05/01/2026) |