**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of July, two thousand twenty-six.

---

| | |
|---|---|
| Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority, | **ORDER** |
| | Docket No. 26-1213 |

        Plaintiffs - Appellees,

Riders Alliance, Sierra Club, New York State Department of Transportation, New York City Department of Transportation,

        Intervenor-Plaintiffs-Appellees,

  v.

Sean Duffy, in his official capacity as Secretary of the United States Department of Transportation, Gloria M. Shepherd, in her official capacity as Executive Director of the Federal Highway Administration, United States Department of Transportation, Federal Highway Administration,

        Defendants - Appellants.

---

Counsel for Appellees Riders Alliance, Sierra Club has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting September 16, 2026 as the brief filing date.

It is HEREBY ORDERED that Appellees' brief must be filed on or before September 16, 2026. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court